**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY L. MORRIS, et al. | ) | CASE NO. 5:11-cv-0223-BYP |
| | ) | |
| Plaintiffs, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | **AGREED ORDER OF DISMISSAL** |
| | ) | |
| HEAT SURGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has been advised that the above-captioned matter has been resolved in its entirety pursuant to an agreement between the Parties. Accordingly, this case is hereby dismissed with prejudice. This Court hereby retains continuing jurisdiction to enforce the terms of said agreement if necessary. Each party to bear its own costs.

IT IS SO ORDERED.

7/30/12                                       s/Benita Y. Pearson
Date                                          JUDGE BENITA Y. PEARSON
                                              UNITED STATES DISTRICT COURT

WE SO AGREE

*/s/ Gary A. Corroto*
Gary A. Corroto
gcorroto@lawlion.com
Lee E. Plakas
lplakas@lawlion.com
Edmond J. Mack
emack@lawlion.com
Tzangas, Plakas, Mannos, & Raises, Ltd.
8th Floor
220 Market Avenue, S
Canton, OH 44702

*Attorneys for Plaintiff*
*HEAT SURGE, LLC*

I SO AGREE

*/s/ Joel D. Joseph*
Joel D. Joseph
joeldjoseph@gmail.com
11950 San Vincente Blvd.
Suite 220
Los Angeles, CA 90049

*Attorney for Plaintiffs*

2